IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LINDA EVANS**                                                      **PLAINTIFF**

**v.**                                          **CIVIL ACTION NO. 1:23-cv-270-TBM-RPM**

**NATIONWIDE MUTUAL**
**FIRE INSURANCE COMPANY**                                **DEFENDANT**

### JUDGMENT OF DISMISSAL

The parties have agreed to, and announced to the Court, a resolution of this case. The Court desires that this matter be finally closed on its docket.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE as to all parties, with each party to bear its own costs. The Court will retain jurisdiction over this lawsuit for the purpose of enforcing any agreement governing the resolution and dismissal.

This the 18th day of April, 2024.

_____
**TAYLOR B. McNEEL**
**UNITED STATES DISTRICT JUDGE**